194 So.2d 97

Edwin A. WALKER

v.

ASSOCIATED PRESS and Times-Picayune Publishing Company.

No. 48508.

Feb. 3, 1967.

In re: Edwin A. Walker applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 191 So.2d 727.

Writ refused. The application discloses no error of law.

194 So.2d 98

Marie LaHITTE, wife of/and Leonard J. LaHitte

v.

ACME REFRIGERATION SUPPLIES, INC., and American Employers' Insurance Co.

No. 48521.

Feb. 3, 1967.

In re: Marie LaHitte, wife of/and Leonard J. LaHitte applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 192 So. 2d 172.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.